KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 8468
E-mail: kginapp@nevadafirm.com
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
E-mail: jsmith@nevadafirm.com
HOLLEY DRIGGS
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702-791-0308
Facsimile: 702-791-1912
*Attorneys for Defendant Realty Services Corp.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MILLER, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>REALTY SERVICES CORP., a Domestic Corporation,<br><br>  Defendant. | CASE NO.:  2:23-cv-00820-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, BRIAN MILLER, by and through his counsel of record, Trevor J. Hatfield, Esq. of the law firm Hatfield & Associates, LTD; and Defendant REALTY SERVICES CORP., a Domestic Corporation, by and through its counsel of record, Kristol Bradley Ginapp, Esq. of the law firm of Holley Driggs (collectively the "Parties"), and hereby stipulate and agree to the following:

1. That the above-entitled action be dismissed in its entirety as against all Parties and claims, each Party to pay their own fees and costs.

2. The Parties respectfully request the Court to direct the clerk to close this case and remove it from the Court's docket.

/ / /

/ / /

- 1 –

15382-06\3008172.

- 2 –

**IT IS SO STIPULATED.**

Dated this 18th day of September, 2023.

**HATFIELD & ASSOCIATES, LTD**

*/s/ Trevor Hatfield*
TREVOR HATFIELD, ESQ.
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 18th day of September, 2023.

**HOLLEY DRIGGS**

*/s/ Kristol Bradley Ginapp*
KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 8468
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: September 19, 2023

- 2 –

15382-06\3008172.